IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

FILED
OCT 1 2 2017
Clerk, U.S District Court
District Of Montana
Great Falls

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>LAWRENCE M. DUNCAN<br><br>Defendant. | Citation Number: 6429058, M12<br><br>ORDER TO DISMISS |

Upon motion of the United States and for good cause shown,

IT IS HEREBY ORDERED that the above Violation is dismissed with prejudice.

DONE AND DATED this 12th day of October, 2017.

_____
HONORABLE JOHN T. JOHNSTON
UNITED STATES MAGISTRATE JUDGE